UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

-----------------------------------------------------------------------------------------X
In Re:                                                                                            :
                                                                                                         : Chapter 13
Stephen Madison                                                                        :
                                                                                                         : Case No. 19-05667
                                                                                                         :
                                                                                                         : Judge:  Baer
                                                                                                         :Trustee:  Stearns
                                                                                                         :Hearing Date: 10/25/2019 at 9:30 AM
-----------------------------------------------------------------------------------------X

### NOTICE OF MOTION OF DEBTOR'S ATTORNEY TO WITHDRAW AS COUNSEL

TO:      All parties on the attached service list

   PLEASE TAKE NOTICE that Debtor's attorney, Michael S. Fabinski has moved the court for an order granting counsel leave to withdraw from this bankruptcy case.  A copy of the motion and proposed order are attached.

   PLEASE TAKE FURTHER NOTICE that a hearing will be held on said motion on 10/25/2019 at 9:30 AM before Judge Baer or whoever is sitting in said Judge's stead at the following address:  100 S. Third St., Room 240, Geneva, IL 60134.

 October 8, 2019

                                                                                   s/s Michael S. Fabinski
                                                                                   _____
                                                                                   By:  Michael S. Fabinski

Michael S. Fabinski
Attorney for Debtor(s)
One Lincoln Center,
18W140 Butterfield Road, Suite 1500
Oakbrook Terrace, IL 60181
630-726-4609

### AFFIDAVIT OF SERVICE

   As an attorney, I certify under penalty of perjury that I mailed a copy of this notice (and the attached motion and order) to All Persons and Entities Identified on the Attached Service List by depositing same in the U.S. Mail at a U.S. Post Office Box in Oakbrook Terrace, IL on October 8, 2019, postage prepaid, addressed to the people listed above.   Notice to the trustee and the US Trustee was served via the Clerk of the Court's ECF system on October 8, 2019.

                                                                                   s/s Michael S. Fabinski
                                                                                   _____
                                                                                   Michael S. Fabinski

```
Avant
222 N. Lasalle St
Chicago, IL 60601


Capital One Auto Finan
Credit Bureau Dispute
Plano, TX 75025


Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130


Citifinancial
Po Box 6217
Sioux Falls, SD 57117


Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193


Ditech Financial Llc
Po Box 6172
Rapid City, SD 57709


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107


Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Lvnv Funding Llc
C/o Resurgent Capital Services
Greenville, SC 29602


Michael S. Fabinski Law
One Lincoln Center
18W140 Butterfield Road, Suite 1500
Oakbrook Terrace, IL 60181
```

Prosper Marketplace In
221 Main St Ste 300
San Francisco, CA 94105


Springlf Fin
600 N. Royal Avenue
Evansville, IN 47731


Stephen Madison
1151 Greensfield Dr.
Naperville, IL 60563

BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------------------------------------X
In Re: :
 :  Chapter: 13
Stephen Madison :
 :  Case No. 19-05667
 :
 :  Judge:  Baer
 :Trustee:  Stearns
 :Hearing Date: 10/25/2019 at 9:30 AM
------------------------------------------------------------------------------------------X

## MOTION OF DEBTOR'S ATTORNEY TO WITHDRAW AS COUNSEL

Now comes Debtor's attorney, Michael S. Fabinski, and respectfully moves this Court for an order granting counsel leave to withdraw from this bankruptcy case. In support thereof states the following:

1. The petition was filed on 3/4/2019.

2. When Debtor hired Counsel, he specifically asked that all communications with Debtor would also be relayed to Debtor's son.

3. In October 2019, Counsel became aware that Debtor was communicating directly with employees of the Chapter 13 Trustee's office regarding his bankruptcy case.

4. Politely, Counsel attempted to reach out to Debtor to explain that all communications should go through Counsel, as providing certain information to the Chapter 13 Trustee could make it nearly impossible for Counsel to defend against certain motions brought by the Chapter 13 Trustee.

5. Counsel reached out to Debtor multiple times via telephone and email. However; Debtor had refused to communicate with Counsel.

6. Following Debtor's own request to include his son on all communications, Counsel reached out to Debtor's son to explain the importance of communicating and cooperating with Counsel. Debtor's son stated that he would do his best to have Debtor contact Counsel.

7. Finally, Debtor contacted Counsel and directed Counsel to withdraw from his case.

8. During the phone conversation, Debtor was extremely hostile and abusive towards Counsel.

9. Debtor informed Counsel that he "would rather communicate his issues directly with the trustee" and "no longer needed an attorney."

10. Debtor specifically asked Counsel to file a motion to withdraw from his case.

11. Debtor has failed to follow the advice of Debtor's Counsel.

12. Debtor's has failed to communicate with Counsel.

13. Debtor has made it nearly impossible to adequately defend Debtor against any motions that will be brought by the Chapter 13 Trustee.

14. Debtor's Counsel has performed all services set forth in the engagement letter.

15. The plan was confirmed on 6/7/2019.

WHEREFORE, debtor(s) respectfully request that the Court grant the following relief:

1. An order granting Debtor's attorney leave to withdraw from this bankruptcy case.

Respectfully submitted:

Michael S. Fabinski

OCTOBER 8, 2019                    S/S Michael S. Fabinski

BY:  Michael S. Fabinski

Michael S. Fabinski
Attorney for Debtor(s)
One Lincoln Center,
18W140 Butterfield Road, Suite 1500
Oakbrook Terrace, IL 60181
630-726-4609